# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK FLEETWOOD, ET. AL., | |
| Plaintiffs, | Case No. 2:20-cv-355-SAB |
| vs. | **DECLARATION OF MATTHEW CROTTY** |
| WASHINGTON STATE UNIVERSITY, | |
| Defendant. | |

I, Matthew Crotty, declare:

1. I am competent to testify and have personal knowledge of what is written in this declaration. I represent Plaintiffs in this lawsuit.

DECLARATION - 1

2.     Attached hereto as **Exhibit A** are true and correct copies of excerpts of the March 31, 2022, deposition of Dan Patterson (as well as Exhibit 1 of that deposition) taken via Zoom and recorded by Certified Court Reporter d'Anne Meyers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this April 21, 2022.

By:    /s Matthew Crotty
         Matthew Z. Crotty

DECLARATION - 2

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties, if any, shall be served in accordance with the Federal Rules of Civil Procedure.

Dated this April 25, 2022.

*/s Matthew Crotty*
MATTHEW Z. CROTTY
Crotty & Son Law Firm, PLLC
905 West Riverside, Suite 404
Spokane, WA 99201
Telephone: 509.850.7011

DECLARATION - 3